IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| John S. Stritzinger, | ) | C/A No. 3:16-3402-TLW-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Texas State Courts; Katherine Wright; Vernon Wright, Ms. Amanda Andrae, *of Andrae Law of Austin Texas*; Christopher Grant, *of GGM*; Tony Nelson, *County Attorney - State of Texas Attorney*, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This is a civil action filed by a *pro se* litigant. Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

**MOTION TO TRANSFER/DISMISS**:

Plaintiff filed a motion requesting that this case be transferred to the United States District Court for the Easter District of North Carolina and consolidated with a case he filed in that court. (ECF No. 20.) Plaintiff also requests the court dismiss this case in the event the court declines to transfer it. The court finds there is no basis to transfer the case. Accordingly, Plaintiff's motion to voluntarily dismiss this case is granted.[1]

---

[1] The court notes that nothing in this order extends the applicable statute of limitations for the claims raised in this case.



**PENDING MOTIONS**:

    In light of this order, Plaintiff's other pending motions in this case (ECF Nos. 2, 6, 9) are terminated as moot.

    **IT IS SO ORDERED**.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

February 9, 2017
Columbia, South Carolina